UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HARREL ARMSTRONG,

                                            Plaintiff,

                      -against-

THE CITY OF NEW YORK, DETECTIVE ANDREW DUGUID,
DETECTIVE MICHAEL ROBBERT, DETECTIVE DAVID
COWAN

                                          Defendants,.

**STIPULATION AND**
**ORDER OF DISMISSAL**

CV 11-4051(KAM)(MDG)

-----------------------------------------------------------------X

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

        1.    The above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
       6/29, 2012

Philip Anaekperchi Akakwam
Law Office Of Philip Akakwam
*Attorney for Plaintiff*
303 Livingston Street
2nd Floor
Brooklyn, NY 11217

By: _____
     Philip Akakwam, Esq.

MICHAEL A. CARDOZO
Corporation Counsel
 of the City of New York
*Attorney for Defendants*
100 Church Street, Room 3-196
New York, N.Y. 10007

By: _____
     Andrew P. Wenzel
     Assistant Corporation Counsel

SO ORDERED:

_____ 6/29/12
KIYO A. MATSUMOTO,